IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LENA GIBSON
AND JAMES GIBSON                                                        PLAINTIFFS

VS.                                 NO. 3:08CV00205

AMERICAN GREETINGS CORPORATION                                          DEFENDANT

## ORDER

Pending is the Defendant's motion to exclude late identified witnesses, or alternatively, motion for trial continuance. (Docket # 8). For good cause shown, Defendant's motion for trial continuance is granted. Defendant's motion to exclude late identified witnesses is denied. The Court will remove the case from the trial docket the week of December 7, 2009. The Court will enter an amended scheduling order extending the discovery deadline and setting a new trial date forthwith.

IT IS SO ORDERED this 18th day of September, 2009.

_____
James M. Moody
United States District Judge