### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**LENA GIBSON**
**AND JAMES GIBSON**                                                                          **PLAINTIFFS**

**VS.**                                        **NO.  3:08CV00205**

**AMERICAN GREETINGS CORPORATION**                                **DEFENDANT**


### JUDGMENT

Pursuant to the Order entered on this date, it is Considered, Ordered and Adjudged that

this case be, and it is hereby, dismissed.

IT IS SO ORDERED this 1st day of February, 2011.


_____
James M. Moody
United States District Court